## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| Manuel GARCIA Jr. | § | |

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being duly sworn and deposed, said:

The testimony of the following person(s) is material in the above-titled criminal proceeding. Designation and detention as material witnesses under 18 U.S.C. Section 3144 is requested for:

Name & Country:                                    Name & Country:

Leonel Alberto ROBELO-Pineda       (HONDURAS)

These material witnesses are citizens of other countries, and have admitted belonging to a class of aliens who are deportable, and to being illegally within the United States. Should they be released and returned to their native country, they will likely not be subject to be subpoenaed to the United States. Thus, it would be impracticable to secure their presence at such time as the case is called for trial so we request they be held as material witnesses.

Agent Signature: _____

Printed Name, Title and Agency:    Ricardo Gomez , U.S. Border Patrol, USBP