AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Manuel GARCIA-Jr**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ **April 10, 2021** _____ in the county of _____ **Webb** _____ in the _____ **Southern** _____ District of _____ **Texas** _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Mario Villanueva
~~Complainant's signature~~

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Mario Villanueva
sworn to and signature attested
telephonically on April 13, 2021,
at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Manuel GARCIA-Jr

**CRIMINAL COMPLAINT**

Case Number:

On April 10, 2021, a Border Patrol Agent (BPA) arrested Manuel Garcia Jr at the U.S. Border Patrol Checkpoint located at mile marker 29 on Interstate Highway 35 (IH35) near Laredo, TX in Webb County, for transporting one illegal alien in furtherance into the United States (U.S.).

At approximately 8:25 p.m. a black Ford Fiesta approached the primary inspection lane at the Border Patrol Checkpoint. Upon stopping the BPA noticed five occupants in the vehicle. The driver identified as Manuel Garcia Jr stated he was a U.S. citizen. The BPA noticed the front passenger, later identified as Leonel Alberto Robelo-Pineda, was refusing to look at the BPA and appeared nervous. When the BPA asked Robelo-Pineda how he knew the driver, Robelo-Pineda replied "Yes". The BPA then asked Robelo-Pineda if he was in the country illegally and he replied "Yes". Garcia Jr was asked how he knew Robelo-Pineda and he stated that they were friends and were on a trip to San Antonio.

The BPA asked Robelo-Pineda to exit the vehicle in order to question him away from the other occupants of the vehicle. Robelo-Pineda was asked if he had any identification with him to which he responded "no". When asked if he was in the country illegally, Robelo-Pineda nodded his head affirming yes but said "no" while looking at the ground. Robelo-Pineda and the occupants of the vehicle were detained and escorted into the checkpoint for further questioning. Once in the checkpoint Robelo-Pineda admitted to being a citizen of Honduras and was present in the U.S. illegally.

BPAs read Garcia Jr his Miranda Rights and he acknowledged he understood them by signing Form I-214. Garcia Jr waived those rights and provided a statement without the presence of an attorney. Garcia Jr stated he met Robelo-Pineda a couple days ago and had no relation to him. Garcia Jr recanted an earlier statement that they were friends. Garcia Jr stated he did not want to continue with the interview, at that time all questioning ceased.

Material witness, Leonel Alberto Robelo-Pineda, a citizen of Honduras stated he made arrangements in Mexico to be smuggled into the U.S. and had paid $8,000.00 USD. Robelo-Pineda stated he crossed the Rio Grande River with five other people on April 2, 2021 and then walked in the brush until being picked up. Robelo-Pineda stated they were taken to a house and had their phones taken away. Robelo-Pineda stated he stayed in the house for several days until being taken to get a haircut and given a new shirt. Robelo-Pineda stated he was driven to an area on the side of a highway and told to get into another vehicle. Robelo-Pineda stated he entered the vehicle on the front passenger side and that he was told the vehicle was going to San Antonio, Texas. Robelo-Pineda was able to positively identify Manuel Garcia Jr. as the driver via a photo lineup.

SUBSCRIBED and SWORN to before me on

_____13th_____ day of _____April, 2021_____

_____
Signature of Judicial Officer

/S/ Villanueva, Mario    Border Patrol Agent
_____
Signature of Complainant