United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA          §
                                  §
*versus*                          §          Case No. 5:21–mj–00804
                                  §
Manuel Garcia, Jr                 §

## ORDER APPOINTING PUBLIC DEFENDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Christopher dos Santos
United States Magistrate Judge

Date: April 13, 2021