United States District Court
Southern District of Texas

**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:21−mj−00804 |
| | § | |
| Manuel Garcia, Jr | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Furthermore, the Government is reminded that there are potential consequences, to include sanctions, for violating this Order.

It is so **ORDERED**.

**SIGNED** on April 13, 2021.


Christopher dos Santos
United States Magistrate Judge