United States District Court
Southern District of Texas

**ENTERED**

April 13, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Manuel Garcia, Jr
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:21–mj–00804

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for April 20, 2021 at 03:00 PM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **April 13, 2021**