United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:21–mj–00804 |
| | § | |
| Manuel Garcia, Jr | § | |

## ORDER APPOINTING COUNSEL

Because the Material Witness(es), Leonel Alberto Robbelo–Pineda, have satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Luis Figueroa**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Material Witness(es).

Signed on April 13, 2021.

Christopher dos Santos
United States Magistrate Judge