UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Consulado General de Honduras
1209 Galveston Avenue
McAllen, Texas 78501
Consulate General of Honduras

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: April 13, 2021
Case Number: 5:21–mj–00804
Document Number: 14



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CHRISTOPHER DOS SANTOS
U.S. MAGISTRATE JUDGE

1300 VICTORIA STREET
LAREDO, TEXAS 78040
TEL: (956) 726-2242

April 13, 2021

Consulado General de Honduras
1209 Galveston Avenue
McAllen, Texas 78501
Consulate General of Honduras

Dear Consulate,

I am writing this letter to inform your office that Leonel Alberto Robbelo–Pineda, a citizen of Honduras, is being held as a material witness in USA vs. Manuel Garcia, Jr, case no. 5:21–mj–00804, in the Laredo Division of the U.S. District Court, Southern District of Texas.

Sincerely,

Christopher dos Santos
U.S. Magistrate Judge