United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Manuel Garcia, Jr
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:21–mj–00804

      Before the Court is the Affidavit for Material Witness filed by the GOVERNMENT pursuant to 18 U.S.C. Section 3144. In accordance with 18 U.S.C. Section 3142(f) and finding good cause, it is **ORDERED** that a detention hearing is set for April 20, 2021 at 03:01 PM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Laredo, Texas 78040. Pending this hearing, the material witnesses identified in the GOVERNMENT'S Affidavit shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **April 13, 2021**