**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States Magistrate Court
CDS-SDTX
FILED

AUG 01 2023    3C

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES OF AMERICA          §
                                                          §
v.                                                        §    5:21-CR-801-___
                                                          §
Manuel Garcia, Jr.                          §
                                                          §

**CONSENT TO REVOCATION OF SUPERVISED RELEASE
AND WAIVER OF RIGHT TO BE PRESENT AND SPEAK AT SENTENCING**

I, Manuel Garcia Jr. charged in a petition with violation of terms of supervised release, have appeared and been advised by the Court of my rights under Rules 32, 32.1 and 46(d), FED. R. CRIM. P.

On this date, United States Magistrate Judge Christopher dos Santos conducted a hearing to modify, revoke, or terminate my supervised release. Legal counsel assisted me in that proceeding.

The Magistrate Judge will submit to the sentencing District Judge a written report containing: (a) a proposed finding that I violated the terms of my supervised release, and (b) recommendations that the court revoke my supervised release and sentence me to a term of imprisonment of _7 months_, followed by a term of supervised release until _original expiration date - 2/3/2025 and all original terms and conditions of supervised release and location monitoring and home detention for 3 months_.

In open court, the Magistrate Judge informed me that I may object and thereby secure the District Judge's review of the proposed findings of fact and recommendations for disposition. The Magistrate Judge also advised that I have the right to be present with counsel, to speak in my own behalf, and to have counsel speak in my behalf before any additional sentence is imposed.

I HEREBY:

1. _MG_ Waive (give up) my right to object to the proposed findings and recommendations of the Magistrate Judge;
2. _MG_ Consent (agree) to revocation of my supervised release;
3. _MG_ Consent (agree) to imposition of the above sentence recommended by the Magistrate Judge; and
4. _MG_ Waive (give up) my right to be present and speak, and my right to have counsel present and speak, before the district judge imposes the recommended sentence.

Date: _8/1/2023_                  _____
                                            Defendant

                                            _____
                                            Defense Counsel

                                            _____
                                            Assistant U.S. Attorney